UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GERMAN LARIOS,

        Plaintiff,

    v.

SMB ENTERPRISES, INC., et al.,

        Defendants.

CASE NO. C05-947JLR

ORDER

    This matter comes before the court on a stipulated motion to dismiss all claims without prejudice and without attorneys' fees and costs to either party (Dkt. # 8). All parties who have appeared in the action have signed the agreed motion. Pursuant to Fed. R. Civ. P. 41(a)(1), the court GRANTS the motion and VACATES its prior dismissal order (Dkt. # 7). The case is hereby closed.

    Dated this 26th day of October, 2006.

                                      JAMES L. ROBART
                                    United States District Judge

ORDER